UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SANTIESTEBAN-ZARAGOZ  JOINT DEBTOR: N/A          CASE NO.: 17-16077-RAM
Last Four Digits of SS# xxx-xx-1054    Last Four Digits of SS# N/A

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ 272.82 _____ for months 1 to 36;
    B.   $_____ for months _____ to ___;
    C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $____0____ TOTAL PAID $ __ Balance Due: NONE          $_____
_____ payable $_____/month (Months _to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage LLC D/B/A/          Arrearage on Petition Date $8892.89
   Champion Mortgage Company
   Address: Robertson, Anschutz, & Schneid, P.L.
   6409 Congress Avenue, Suite 100
   Boca Raton, FL 33487
   Account No: 1042041

                        Arrears Payment $247.02/month (Months 1 to 36)
                        Regular Payment $0/ month (Months 1 to 3 6 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  | ____To____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
                              Payable  $_____/month (Months ___to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 1_____/month (Months 1_____ to 36____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

100% Language The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_
Debtor
Date: June 20, 2017

Joint Debtor
Date:_____

LF-31 (rev. 01/08/10)