Certificate Number: 03621-FLS-DE-033972500

Bankruptcy Case Number: 17-16077



03621-FLS-DE-033972500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2020, at 10:51 o'clock PM EST, Arturo Santiesteban completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   January 19, 2020           By:   /s/Damaris Soto

                                   Name:  Damaris Soto

                                   Title:  Credit Counselor