**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI   DIVISION**
www.flsb.uscourts.gov

In re:   Arturo Santiesteban-Zaragoz            Case No:   17-16077
                                                Chapter 13

_____Debtor_____/

## NOTICE OF SUBSTITUTION OF ATTORNEY IN THE SAME FIRM

Pursuant to Local Rule 2091-1, attorney Carolina A. Lombardi is substituting for attorney Maria Alvarez of the same firm. The debtor has consented to this substitution.

Respectfully submitted,
LEGAL SERVICES OF GREATER
  MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.   0241970
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2427
Primary Email: Clombardi@legalservicesmiami.org;
Alt. Email: Sfreire@legalservicesmiami.org